# UNITED STATES DISTRICT COURT
## for the
### Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br><br><br>Joshua Nathanael Baird<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   21-CR-2012 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 12, 2021_____ in the county of _____Black Hawk_____ in the _____Northern_____ District of _____Iowa_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brian P. Schenkelberg, FBI Special Agent
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: _Feb. 19, 2021_

_____
*Judge's signature*

Northern District of Iowa

Mark A. Roberts, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Brian Schenkelberg, being duly sworn, declare and state the following:

1. I am employed as a special agent with the Federal Bureau of Investigation (FBI) and have been since 2014. I am a graduate of the FBI Academy located in Quantico, Virginia. This academy included training in criminal law, constitutional law, search and seizure, and courtroom procedure. I am currently assigned to the FBI Omaha Division, Waterloo, Resident Agency and was formerly assigned to the FBI Springfield Division. As part of my duties, I regularly investigate federal criminal violations involving crimes against children to include child pornography. In my capacity as a Special Agent with the FBI, I am authorized to investigate violations of laws and to execute warrants issued under the authority of the United States.

2. This affidavit is submitted for the purpose of establishing probable cause in support of an application for a warrant to arrest Joshua Nathanael Baird for a federal violation of Title 18, United States Code, Section 2252(a)(2), distribution of child pornography.

3. I have been working on this investigation with officers from various agencies, including the FBI Milwaukee Field Office and the Winnebago County Sheriff's Office (Wisconsin). The information contained in this affidavit includes information gathered by myself as well as other officers. The information contained in this affidavit is drawn from information provided by other law enforcement officials and governmental agencies, my own experience and training, the experience of other agents, the review of documents, and interviews with witnesses. Where statements of others are set forth in this affidavit, they are set forth in substance and are not verbatim. This affidavit contains only a summary of certain relevant facts. I have not included every fact known to me or other investigators concerning the individuals and events described in this affidavit.

## PROBABLE CAUSE

4. On February 17, 2020, I received information from an FBI Special Agent assigned to the FBI Milwaukee Field Office, Green Bay Resident Agency. The agent was participating in an undercover operation targeting producers, distributors and possessors of child pornography.

5. The agent advised me that a member of the task force, acting in an undercover capacity, had entered a Kik chat group. This particular Kik

group is known to the undercover officer (hereinafter "UC") as a place where people meet, discuss and trade images, links, and videos of child pornography, among other things.

6. In late January 2021, the UC and a member of this Kik group, "panthers8152", began a private conversation via Kik. When a private message is sent on Kik, it is transmitted in a manner similar to a text message. It appears as a message within the application, and transmits directly from user to user. Panthers8152 described himself as a 39 year old male from northern Iowa and provided an image of himself. During the conversation occurring on January 25, 2021, panthers8152 said he had access to children. When the UC asked if panthers8152 was ever active,[1] panthers8152 responded that he once masturbated a female minor and sucked her nipples.[2]

   When asked if she responded, panthers8152 repeated that he *"finished off"* a minor child and *"... I also lifted her shirt and sucked her nipples."*

7. During a February 8, 2021 chat on Kik, the UC asked if they could communicate on another application. Panthers8152 provided a Snapchat[3] username of Kame8152. The UC used an undercover Snapchat account and found that the screen name Kame8152 was associated with the user name "Joshua Baird" who was active near Cedar Falls, Iowa. The UC was able to identify Baird as Joshua Nathanael Baird and his date of birth. He was also able to confirm Baird's address in Cedar Falls, Iowa.

8. Throughout the course of the chats between panthers8152, and the UC, panthers8152 provided videos of himself to the UC. A comparison between the videos sent by panthers8152 and the Iowa DOT photograph of Joshua Nathanael Baird, reflect that they are the same person.

9. On February 13, 2021, panthers8152 sent the UC four images on Kik. The first image depicted what appears to be an exposed breast of a pubescent female. Panthers8152 commented that he took photographs of a minor child.[4]

---

[1] Based on his background, training and experience, the UC indicated that "active" in this context refers to activity in sexually molesting children.

[2] The chat is paraphrased to protect any victim's identity.

[3] Snapchat is another social media application where a message transmitted in a manner similar to a text message. It appears as a message within the application, and transmits directly from user to user.

[4] Again, this chat has been paraphrased to protect any possible victim's identity.

The second image depicted what appears to be an adult hand squeezing the pubescent female's exposed breasts. The third image depicted what appears to be the exposed buttocks of the same pubescent female. The fourth image depicted what appears to be a pubescent female's vagina. The images are believed to be of the same female as clothing visible in the first, second, and third image appear to be the same. When asked by the UC if he took the images, panthers8152 responded on February 14, 2021 that he did.

10. On February 12, 2021, panthers8152 sent a video of child sexual abuse in the Kik group "Forced", of which the UC was a member. This is a private group that an individual needs to be invited into, or be sent a link to the group, to be added. "Forced" is a group chat and everyone in the group can see what others in the group are posting. The video, visible to all users of the group "Forced", depicts a nude prepubescent female on her hands and knees with her mouth around what appears to be the penis of an animal. The prepubescent female appears to be performing oral sex on the animal and the animal's leg is visible in the photograph as well as the prepubescent female's vagina.

11. Based on the foregoing, my knowledge, training and experience, and that of other agents, I respectfully submit there is probable cause to believe that Joshua Nathanael Baird has committed a violation of Title 18, United States Code, Section 2252(a)(2), distribution of child pornography.

Respectfully submitted,

Brian P. Schenkelberg
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me by telephone or other reliable electronic means on this
__ day of February, 2021.

Mark A. Roberts
United States Magistrate Judge
Northern District of Iowa